THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE MERCANTILE SAFE DEPOSIT COMPANY, Appellant, *v.* WILLIAM SOHMER, as Comptroller of the State of New York, Respondent.

*People ex rel. Mercantile S. D. Co.* v. *Sohmer*, 158 App. Div. 110, affirmed.

(Argued January 3, 1916; decided January 18, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 30, 1913, which confirmed, on certiorari, a determination of the defendant refusing to revise and readjust franchise taxes assessed against the relator.

*Campbell Locke* and *Allan McCulloh* for appellant.

*Egburt E. Woodbury, Attorney-General* (*Franklin Kennedy* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.